# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SHARON KATHRYN BECK,<br><br>              Petitioner,<br><br>   v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>              Respondents. | Case No. 3:19-cv-00092-LRH-WGC<br><br>**ORDER** |

     In this closed action, Kathryn Sharon Mattos has filed an application to proceed <u>in forma pauperis</u> (ECF No. 10) and a motion for leave to amend (ECF No. 11). The court denies both motions.

     The court dismissed this action for two reasons. First, this court was not the correct venue. Sharon Kathryn Beck, the putative petitioner, and all the respondents are in either Riverside County or San Bernardino County, California. Second, this court, and any federal court, needed to abstain from interfering in the ongoing proceedings the California state courts. The court also noted that it was questionable whether Mattos could file a petition on Beck's behalf, but the court did not decide that question. ECF No. 6, at 1-3.

     Mattos asks for leave to amend to correct the errors of the original petition, but the court is not persuaded. Mattos cannot correct the defects noted above by amending the petition. Mattos simply is in the wrong court.

///

///

1

IT THEREFORE IS ORDERED that the application to proceed in forma pauperis (ECF No. 10) is **DENIED**.

IT FURTHER IS ORDERED that the motion for leave to amend (ECF No. 11) is **DENIED**.

DATED this 9th day of May, 2019.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE